

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00533-CR

Richard **CRUZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8891
Honorable Jefferson Moore, Judge Presiding

# O R D E R

     The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Debra A. Doolittle, to file the reporter's record by December 11, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

KEITH E. HOTTLE,
Clerk of Court